UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

Plaintiff,
Shaun Matheny

v.

Defendant,
Warden. Michael F O'leary

08CV2142
JUDGE MANNING
MAG. JUDGE ASHMAN

Case No

Jury Trial Demanded

RECEIVED
APR 15 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## Preliminary Statement

Now Comes the plaintiff, Shaun Matheny, pro se in order to file a Complaint, a civil Complaint for violation of inmates eighth amendment rights against the defendant for injuries which was suffered by the plaintiff, Under 42 U.S.C prisoner's civil rights. For Cruel and unusual Punishment.

## Previous law suits

Plaintiff has one previous law suit, Matheny v. Tinsley Case No 03-1073 which was filed in the United States District - Central Division-Court. Plaintiff voluntarily dismissed the Complaint.

ALL ADMINISTRATIVE REMEDIES HAS BEEN Exhasted Concerning this issue at hand: By Plaintiff

### Defendants

Plaintiff is suing the defendant, Michael F. O'Leary in his personal and individual capacity, and the def. can be contacted at Will County Adult Detention facility 95 South Chicago Street Joliet IL 60436.

### Plaintiff

Shaun Matheny is the plaintiff in the suit and can be contacted at W.C.A.D.F 95 South Chicago Street or 510 N. Scott ST Joliet IL 60436.

### COUNT I
### UNSANITARY CONDITIONS OF CONFINEMENT

1. On May 7th 2007, the def. had inmate Matheny placed inside medical cell 5 for a verbal confrontation between he and the defendant. Upon entry into the cell inmate noticed bloody human feces, urine and such smeared on the cell's toilet, walls, bedframe and floor. In which there had been a M.R.S.A. methicillin resistant staphylococcus aureus positive person housed inside cell 5 before the Def. had inmate Matheny placed inside. Inmate was then stripped of all clothing and denied cleaning utensils, for the contaminated cell.

### Count II
### DENIAL OF SANITATION SUPPLIES

2. During the dates of May 7th to May 15th 2007, inmate Matheny was housed naked within cell 5 in the medical housing ward. The defendant O'leary denied the plaintiff any and all cleaning utensils for the contaminated cell. Numerous correctional officers under the defendants authority were instructed to deny plaintiff's requests. As a result of the denial by the defendant, inmate Matheny contracted M.R.S.A methicillin resistant staphylococcus aureus, which damaged and scarred plaintiff's face and tissue. Plaintiff was treated, but not cured for M.R.S.A on May 6th 2007 and placed inside medical cell 13.

### Relief Requested

3. Plaintiff is requesting one million USA currency from the defendant for punitive damages for maliciously violating inmates eight amendment rights under cruel and unusual punishment. Plaintiff suffered permanent damage because of defendant's actions and suffered redress of injuries there because.

I declare under penalty of perjury that all stated within this complaint is very true and correct.

Respectfully Submitted,

Shaun Matheny #081791
95 South Chicago ST Joliet IL or 510 N. Scott ST Joliet IL 60436.