# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## Civil Cover Sheet

**Plaintiff(s):** SHAUN MATHENY

**Defendant(s):** MICHAEL F. O'LEARY, etc.

**County of Residence:** WILL

**County of Residence:**

**Plaintiff's Address:**
Shaun Matheny
#08-1791
Will County - WCF
95 South Chicago Street
Joliet, IL 60436

**Defendant's Attorney:**

FILED
APR 15 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Basis of Jurisdiction:**
- [ ] 1. U.S. Government Plaintiff
- [ ] 2. U.S. Government Defendant
- [✓] 3. Federal Question (U.S. gov't. not a party)
- [ ] 4. Diversity

**08CV2142**
**JUDGE MANNING**
**MAG.JUDGE ASHMAN**

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**
- [✓] 1. Original Proceeding
- [ ] 2. Removed From State Court
- [ ] 3. Remanded From Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred From Other District
- [ ] 6. MultiDistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 555 Prison conditions

**Cause of Action:** 42:1983pr

**Jury Demand:** [✓] Yes  [ ] No

**Signature:** Q. E. Woodham    **Date:** 04/15/2008