UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

Plaintiff
Shaun Matheny

v.

Defendant,
Warden Michael F. O'leary

08CV2142
JUDGE MANNING
MAG. JUDGE ASHMAN

Jury trial Demanded.

FILED
APR 15 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Motion to Proceed
INFORMA PAUPERIS

Now Comes the plaintiff under 28 U.S.C 1915 and prose, in order to file a motion to proceed informa Pauperis. In support:

1. Plaintiff is indigent and has no stocks, bonds, vehicles, estates, family Assistance or other financial assistance available to help him pay for the filing fee. His Current placed of Incarseration refuses to realease his trust fund account balance verifing his indigency.

Wherefore Plaintiff Respectfully Request that this honorable Court grant his motion.

I Declare Under Penalty of Perjury that all said herein is true and Correct.

Respectfully Submitted,
Shaun Matheny
95 South Clara ST, Jol...

# CERTIFICATE OF SERVICE

I certify that I, Shaun Matheny has mailed two copies of a civil complaint and a motion to proceed in forma Pauperis to the Clerk of the United States district Court. In Support:

To: U.S. District Court
c/o Clerk's office
219 Dearborn St
Chicago IL 60604

From: Shaun Matheny
95 South
Chicago ST
Joliet IL 60436

By placing same into the hands of a Correctional officer to be placed within the U.S. mail this 10th Day of April 2007.

Shaun
Matheny