MHW

UNITEDSTATESDISTRICTCOURT
NORTHERNDISTRICTOFILLINOIS

FILED
APR 2 3 2008
4-23-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

PLAINTIFF
   SHAUNMATHENY

v                      CASENO.08CV2142

DEFENDANT
  MICHAEL F.O'LEARY,etc

### MOTION FOR COUNSEL

Now comes the plaintiff shaunmatheny in order to file a motion for counsel,in support:

1.Plaintiff is currently incarserated inside of the will county jail in joliet il,this institution has no civil law library available to plaintiff to use concerning this complaint.
2.Plaintiff has a social security disability claim pending with the determination service and has other inmates assisting him with the drawing and lettering of this complaint and all motions currently filed.
3.Plaintiff has no funds available for an attorneyand needs assistance concerning the future motions that will be needed in the proceeding of this case .Although Mr.matheny is aware of all current documentation concerning thi complaint and has concented and signed all documentation needed.
          WHEREFOR the plaintiff respectfully request that this honorable court evaluate this motion fully and grant plaintiffs motion.

I DECLARE UNDER PENALTY OF PERJURY THAT ALL INFORMATION CONCERNING THIS MOTION AND ALL STATED WITHIN IS TRUE AND CORRECT.

                              RESPECTFULLY
                              SUBMITTED
                              SHAUN MATHENY
                              95.SOUTH CHICAGO ST.
                              JOLIET ILLIONOS.60432

## CERTIFICTAE OF SEVICE

I SHAUN MATHENY .swear under penalty of perjury that i have served a copy of a motion for 3 counsel to be filed with the clerk of the court and copies for the defendants counsel as well as a retun copy for the plaintiff as wil as the address information needed for the court of the plaintiff and his correctional institution numbers and addresses insupport:

TO:UNITED STATES DISTRICT COURT  
NORTHERN DISTICT OFILLINOIS  
219 SOUTH DEARBORN STREET  
CHICAGO ILLINOIS,60604

FROM:SHAUN MATHENY

95.south chicago st.joliet il.60432

By placing them in the us mail at the will countyadult detention facility this 20th day of april,2008