**FILED**

APR 2 3 2008

4-23-2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTICT COURT
NORTHERN DISTRICT OF ILLINOIS

PLAINTIFF,
    SHAUN MATHENY

VS.                                    CASE NO.  08 C 2142
                                  JURY TRIAL DEMANDED

DEFENDANT ,
    WARDEN MICHAEL.F.O'LEARY

**MOTION TO PROCEED
INFORMA PAUPERIS**

Now comes the plaintiff, in order to file a motion for informa pauperis under 28.usc 1915 in order to proceed as a poor person.in support

1. Plantiff has recently filed a complaint with this honorable court.
2. Plaintiff is indigent and has no funds,stocks,bonds,bank accounts,vehicles,realestates or finacial assisiances of any kind coming from family or any other sources.
3. Plaintiffs current place of incarseration refused his request for acopy of his trust fund account balance.

Therefor plaintiff respectfully requests that this honorable court grant his motion.

I DECLARE UNDER PENALTY OF PERJURY THAT ALL STATED WITHIN THIS
MOTION HIS TRUE AND CORRECT TO THE BEST OF PLAINTIFFS KNOWLEDGE
                                                      Respectfully submitted
                                                      SHAUN MATHENY
                          95.south chicago st.joliet il 60432.