UNITED STATES DISTRICT COURT
NORTERN DISTRICT OF ILLINOIS

PLAINTIFF
   SHAUN MATHENY

vs.                                    CASENO.08CV2142
                                       JURY TRIAL DEMANDED
                                       JUDGE MANNING
                                       MAGISTRATE JUDGE ASHMAN

DEFENDANT
   MICHAEL F. O'LEARY

MOTION FOR A COURT ORDER
FOR PLAINTIFF'S PLACE OF INCARSERATION
TO ALLOW HIM ACCESS TO CIVIL LAW LIBRARY

NOW comes the plaintiff, in order to file his motion asking the court to grant his motion and order his place of incarseration to allow him full access to civil law materials needed to conduct this pendig complaint under caseno.08cv2142. Insupport:

1. Plaintiff, shaunmatheny, is incarserated at the will county adult detention facility and is not being allowed access to any civil law material's. Therefor hindering his ability to to provide the court with memorandum of laws concerning any all motions that need such materials.

2. The will county adult detention facility has a computer law library holding criminal case law only, this facility offers no civil caselaw access to inmates, allthough there is a papper law library located in d-pod within this facility that requires inmates to have a court order in order to gain access and entry to these materials and the items are very old law books and there is noway for an inmate to gain updated civilcase law inside this institution.

3. Therefor this facility does not have propper materials for the plaintiff to conduct his case inwhich verified by officals with in this facility. Therefor denying the plaintiff his right to due process.

   Therefor plaintiff is requesting this honorable court of the united states of america to fully inspect all said within this motion and order the will county adult detention facility to take the plaintiff, shaunmatheny. under casno08cv2142, to a law library or institution that holds these materialsand grant his motion for such a court order.

   I DECLARE UNDER PENALTY OF PERJURY THAT ALL SAID WITHIN THIS
   MOTION IS VERY TRUE AND CORRECT.

                                       RESPECTFULLY SUBMITTED
                                       SHAUNMATHENY
                     AN INMATE AT THE WILL CUNTY ADULTDETENTION
                     FACILITY :UNDER ID# 2008-0001791
                     95 south chicago st. joliet il ,60432

FILED
APR 2 5 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

WILL COUNTY ADULT DETENTION FACILITY
INMATE REQUEST FORM 22

NAME: Matheny Shaun W   CIMIS: 08-1791   DATE: 4-20-08   POD: C   CELL: LR 70
(Last,   First,   M.I.)

***INSTRUCTIONS***
(1) PRINT ALL INFORMATION
(2) PROVIDE AS MUCH INFORMATION AS POSSIBLE, FILL OUT THE NARRATIVE SECTION
(3) CHECK THE ( ) ITEM YOU ARE REQUESTING FOR INFORMATION
(4) FILL OUT **ONLY ONE (1) REQUEST** PER FORM
(5) SUBMIT THE WHITE AND YELLOW COPY OF THE REQUEST FORM, KEEP THE PINK COPY

( ) CLASSIFICATION SECTION
    ( ) REQUEST FOR TENDER STATUS
    ( ) REQUEST FOR RECLASSIFICATION
    ( ) REQUEST TO SEE CLASSIFICATION OFFICER
        ( ) PROBLEMS WITH OTHER INMATES
    ( ) APPEAL OF DISCIPLINARY BOARD HEARING
( ) ADMINISTRATIVE SECTION
    (✓) REQUEST FOR INFORMATION
        ( ) COURT DATE   ( ) WRITS   ( ) HOLDS   ( ) MAIL   ( ) TRUST ACCOUNT
        ( ) VISITING LIST CHANGE   ( ) REQUEST SPECIAL VISIT
( ) LAUNDRY
( ) PROPERTY
( ) FOOD SERVICE SECTION
( ) COMMISSARY SECTION
( ) COMPLAINT ABOUT TREATMENT / GRIEVANCES
( ) APPEAL OF GRIEVANCE
( ) REQUEST TO GO TO LAW LIBRARY
( ) OTHER

AREA BELOW NARRATIVE FOR ABOVE REQUEST - USE SPACE BELOW AND ATTACH PAPER IF NECESSARY:

I am requesting to be able to use any and all civil law library services if there are any available within this facility. I have civil case Matheny vs Cleary 08CV2142 and I need access to civil law book in order to correctly write and file any and all motions that I need protected for me under due process 14th amendment.

INMATES SIGNATURE: Shaun W Matheny   CIMIS NUMBER: 08-1791

***STAFF RESPONSE***

N/A

POD OFFICER/ STAFF SIGNATURE: Discra, John   #: 1780   DATE: 4/20/08
SERGEANT/ AREA SUPERVISOR SIGNATURE:   #:   DATE:
LIEUTENANT/ WATCH COMMANDER SIGNATURE:   #:   DATE:
WARDEN/ DEPUTY CHIEF SIGNATURE:   #:   DATE:
WHITE—SEND TO CLASSIFICATION   YELLOW—RETURN TO INMATE   PINK—INMATE RETAINS AFTER FILLING OUT   REV 7/00

CERTIFICATE OF SERVICE

I, shaun matheny swear under penalty of perjury that i have mailed three copies of a motion for a court order to the clerk of the court: in support: Please mail back a copy saying Recieved. along with evidence supporting

to: Plaintiffs motion - signed by a c/o.

united states disrtrict court
northern distict of illinois

from: shaun matheny inmate id#2008-0001791
will count adult detention facility
95 south chicago st joliet il 60432

clerk of the court
219 dearborn st chicago il, 60604

By Placing Same in the U.S mail this 22nd day of april, 2008.

Shaun
w
matheny