FILED
MAY - 9 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

To: Clerk of the U.S. District Court  5-5-08

08 C 2142

Here enclosed is a copy of my trust fund print out, for I have not been reincarcerated for 6 months. My attorney was able to get the Will County adult detention facility to give this copy from their file and also enclosed is my request form asking the Will County adult detention facility for this information. Though noone would sign the U.S. Courts request to verify the account information. Futhermore I request that my account information be attached to my motion of informa pauperis under Matheny v. O'Leary case No. 08CV2142 and that any and all documents, motions from defendants, or orders and decisions from this honorable court be mailed to me at 510 N. Scott St Joliet IL 60432 and please take this as a change of address, therefor I am notifying the court of my change of address to 510 N. Scott St Joliet IL 60432 and requests that any and all mail from this honorable court be sent to that address untill further notice from me the plaintiff.

Respectfully Submitted: Shawn Matheny
Case No. 08CV2142 - 510 N. Scott St Joliet IL 60432.

WILL COUNTY ADULT DETENTION FACILITY
INMATE REQUEST FORM 22

NAME: __Weathery Shawn W__ CIMIS __08-1791__ DATE: __5-1-08__ POD: __A__ CELL: __43__
(Last,   First,   M.I.)

***INSTRUCTIONS***
(1) PRINT ALL INFORMATION
(2) PROVIDE AS MUCH INFORMATION AS POSSIBLE, FILL OUT THE NARRATIVE SECTION
(3) CHECK THE ( ) ITEM YOU ARE REQUESTING FOR INFORMATION
(4) FILL OUT **ONLY ONE (1) REQUEST** PER FORM
(5) SUBMIT THE WHITE AND YELLOW COPY OF THE REQUEST FORM, KEEP THE PINK COPY

( ) CLASSIFICATION SECTION
    ( ) REQUEST FOR TENDER STATUS
    ( ) REQUEST FOR RECLASSIFICATION
    ( ) REQUEST TO SEE CLASSIFICATION OFFICER
        ( ) PROBLEMS WITH OTHER INMATES
    ( ) APPEAL OF DISCIPLINARY BOARD HEARING
( ) ADMINISTRATIVE SECTION
    ( ) REQUEST FOR INFORMATION
        ( ) COURT DATE  ( ) WRITS  ( ) HOLDS  ( ) MAIL  (✓) TRUST ACCOUNT
    ( ) VISITING LIST CHANGE  ( ) REQUEST SPECIAL VISIT
( ) LAUNDRY
( ) PROPERTY
( ) FOOD SERVICE SECTION
( ) COMMISSARY SECTION
( ) COMPLAINT ABOUT TREATMENT / GRIEVANCES
    ( ) APPEAL OF GRIEVANCE
( ) REQUEST TO GO TO LAW LIBRARY
( ) OTHER

AREA BELOW NARRATIVE FOR ABOVE REQUEST - USE SPACE BELOW AND ATTACH PAPER IF NECESSARY:

I'm asking for all of my receipts of money sent to me in the last 6mo's or forward please.

INMATES SIGNATURE: __Shawn Weathery__  CIMIS NUMBER: __08-1791__

***STAFF RESPONSE***

Please see a copy of your account attached. Cash deposits are receipted.

POD OFFICER/ STAFF SIGNATURE: _____ #: __1972__ DATE: __5-1-08__
SERGEANT/ AREA SUPERVISOR SIGNATURE: _____ #: _____ DATE: _____
LIEUTENANT/ WATCH COMMANDER SIGNATURE: _____ #: __862__ DATE: __5-5-08__
WARDEN/ DEPUTY CHIEF SIGNATURE: _____ #: _____ DATE: _____

WHITE—SEND TO CLASSIFICATION  YELLOW—RETURN TO INMATE  PINK—INMATE RETAINS AFTER FILLING OUT  REV 7/00



I Declare under Penalty of perjury, that this is a true Copy and Document of my trust fund account from the W.C.A.D.F located at 95. South Chicago ST. Joliet IL 60432. Under my cimis # 08-1791.

Respectfully Submitted
Plaintiff, case No. 08-CV-2142
Shaun W. Matheny
510 N. Scott ST
Joliet IL 60432.

Date: May 5th, 2008.