FILED Ctt

MAY 8 2008 aew
May 8 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

TO: The U.S. Clerk    5-1-08
08 C 2142

Here enclosed you will find a certificate of service as well as one amended complaint. There are 3 more envelopes containing the rest of the complaints and a motion for counsel and a separate motion for counsel containing information that this court should take into consideration. Also there is a motion to proceed informa pauperis also. I have also sent an extra amended complaint and am requesting that you stamp it filed and send it back to me at 510 N. Scott St. Joliet IL 60432. I am also informing you that I have be sentenced to the Illinois Department of Corrections on April 29th 2008. My IDOC#'s R12775. I can be contacted at 510 N. Scott St. Joliet IL 60432. I am unsure exactly as yet of what place of incarceration I will be in. I am leaving the Will County adult detention facility located at 95. S. Chicago St. Joliet IL 60436. I will notify the court of my new place of incarceration as soon as I am there. Until then all motions from the defendant or this honorable court is to be sent to 510 N. Scott St. Joliet IL 60432.

PS. Will County Adult Detention Facility refused to sign or give any information regarding my trust fund balance.
Shaun

Respectfully Requested
Shaun W. Matheny
510 N. Scott St.
Joliet IL 60436