*see motion P.I also attached. MHK*

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Plaintiff(s) Shawn W. Matheny

**FILED**
MAY 8 2008
5-8-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

v.

Defendant(s) Michael F. O'leary

Case Number: 08 CV 2142

Judge: Manning

## MOTION FOR APPOINTMENT OF COUNSEL

[NOTE: Failure to complete all items in this form may result in the denial of the motion for appointment of counsel]

1. I, __Shawn W Matheny__, declare that I am the (check appropriate box)
   [✓] plaintiff    [ ] defendant in the above entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding:

3. In further support of my motion, I declare that (check appropriate box):

   [✓] I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

   [ ] I am currently, or previously have been, represented by an attorney appointed by the Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

   [✓] I have attached an original Application for Leave to Proceed *In Forma Pauperis* in the proceeding detailing my financial status.

   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, and it is a true and correct representation of my financial status.

   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding. However, my financial status has changed and I have attached an Amended Application to Proceed *In Forma Pauperis* to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

__Shawn W. Matheny__                __95 S. Chicago St__
Movant's Signature                    Street Address

__May 1st 2008__                     __Joliet IL 60436__
Date                                  City, State, ZIP

As indicated in paragraph three on the preceding page, I am currently, or previously have been, represented by an attorney appointed by this Court in the civil or criminal actions listed below.

Assigned Judge: _____ Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

---

Assigned Judge: _____ Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

---

Assigned Judge: _____ Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

---

Assigned Judge: _____ Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

UNITEDSTATESDISTRICTCOURT
NORTHERNDISTRICTOFILLINOIS

**RECEIVED**

APR 23 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

PLAINTIFF
  SHAUNMATHENY

v                                CASENO.08CV2142

DEFENDANT
  MICHAEL F.O'LEARY,etc

### MOTION FOR COUNSEL

Now comes the plaintiff shaunmatheny in order to file a motion for counsel,in support:

1. Plaintiff is currently incarserated inside of the will county jail in joliet il,this institution has no civil law library available to plaintiff to use concerning this complaint.
2. Plaintiff has a social security disability claim pending with the determination service and has other inmates assisting him with the drawing and lettering of this complaint and all motions currently filed.
3. Plaintiff has no funds available for an attorneyand needs assistance concerning the future motions that will be needed in the proceeding of this case .Although Mr.matheny is aware of all current documentation concerning thi complaint and has concented and signed all documentation needed.

    WHEREFOR the plaintiff respectfully request that this honorable court evaluate this motion fully and grant plaintiffs motion.

I DECLARE UNDER PENALTY OF PERJURY THAT ALL INFORMATION CONCERNING THIS MOTION AND ALL STATED WITHIN IS TRUE AND CORRECT.

                    RESPECTFULLY
                    SUBMITTED
                    SHAUN MATHENY
                    95.SOUTH CHICAGO ST.
                    JOLIET ILLIONOS.60432