**Change of Address**

08C 2142

To: Clerk of the U.S Court Northern District

Greetings, I am informing the U.S Clerk of the Court, that I am incarcerated within the Illinois department of Corrections, and that I have been transferred to another facility. I have a civil Complaint pending, Matheny v. O'leary case No 08-cv-2142, in which I am the plaintiff. Please send any orders from the judge, or motions from the defendants, as well as any and all mail, for me concerning this suit, from this office too.

Shaun Matheny
#R12775
Western Illinois Correctional Center
2500 route 99 South
MT Sterling IL, 62353

June 1st 2008
Shaun Matheny

FILED
JUN 6 2008
6-6-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT