1C

10/10/2007

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

FILED
JUN 19 2008 *aow*
6-19-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT**

Shawn Matheny
_____
Plaintiff

v.

Michael F. O'Leary
_____
Defendant(s)

CASE NUMBER  08-CV-2142

JUDGE  BLANCHE M. MANNING

Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:

I, **Shawn Matheny**, declare that I am the ☒plaintiff ☐petitioner ☐movant (other_____) in the above-entitled case. This affidavit constitutes my application ☐ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☒both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☒Yes   ☐No   (If "No," go to Question 2)
   I.D. # **R12775**   Name of prison or jail: **Western Illinois Correctional Center**
   Do you receive any payment from the institution? ☒Yes ☐No  Monthly amount: **$10.00**

2. Are you currently employed?   ☐Yes   ☒No
   Monthly salary or wages: —0—
   Name and address of employer: **None**

   a. If the answer is "No":
      Date of last employment: **9-28-05**
      Monthly salary or wages: **9.00 an hour**
      Name and address of last employer: **Pe/Pfer Glass, Ottawa IL 61350**

   b. Are you married?   ☐Yes   ☒No
      Spouse's monthly salary or wages: —0—
      Name and address of employer: **none**

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same residence received more than $200 from any of the following sources? Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.

   a. Salary or wages                                      ☐Yes  ☒No
      Amount  —0—        Received by  **None**

comments. I plaintiff recieved this motion from the clerk of US court on 6-5-07. I have sent on that date a copy for the trust fund ledger. although have been incarcerated since 2-28-08, not for six months therof I can only provide a true verification of my funds since 2-28-08. Before 2-28-08 I was homeless living in Joliet recieving no annuity Food-

From the local DHS OFFICE in Joliet IL 60432. My social security number is 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. I had no employment and was staying on the streets.

b. ☐ Business, ☐ profession or ☐ other self-employment   ☐ Yes  ☒ No
Amount ___0___ Received by ___none___

c. ☐ Rent payments, ☐ interest or ☐ dividends   ☐ Yes  ☒ No
Amount ___0___ Received by ___none___

d. ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support   ☐ Yes  ☒ No
Amount ___0___ Received by ___none___

e. ☐ Gifts or ☐ inheritances   ☐ Yes  ☒ No
Amount ___0___ Received by ___none___

f. ☒ Any other sources (state source: ___Illinois Department of Corrections___)   ☒ Yes  ☐ No
Amount ___10.00 a month___ Received by ___Western Illinois Correctional Center___

4. Do you or anyone else living at the same residence have more than $200 in cash or checking or savings accounts?   ☐ Yes  ☒ No   Total amount: ___0___
In whose name held: ___None___ Relationship to you: ___none___

5. Do you or anyone else living at the same residence own any stocks, bonds, securities or other financial instruments?   ☐ Yes  ☒ No
Property: ___none___ Current Value: ___0___
In whose name held: ___none___ Relationship to you: ___none___

6. Do you or anyone else living at the same residence own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)?   ☐ Yes  ☒ No
Address of property: ___none___
Type of property: ___none___ Current value: ___0___
In whose name held: ___none___ Relationship to you: ___none___
Amount of monthly mortgage or loan payments: ___none___
Name of person making payments: ___none___

7. Do you or anyone else living at the same residence own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?   ☐ Yes  ☒ No
Property: ___none___
Current value: ___0___
In whose name held: ___none___ Relationship to you: ___none___

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☒ No dependents
I have been incarcerated since 2-28-08 and before this date I was homeless with no income since 9-28-05. A trust fund ledger has been sent with this motion verifying funds that I have had since my incarceration. I was homeless living in Joliet IL.

-2-

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: 6-5-07

_Shaun W Math____
Signature of Applicant

_Shaun Mathens_
(Print Name)

---

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

**CERTIFICATE**
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, _Matheny_ _I.D.# _____ has the sum of $ 20.68 on account to his/her credit at (name of institution) WICC.
I further certify that the applicant has the following securities to his/her credit: Not known. I further certify that during the past six months the applicant's average monthly deposit was $ n/a.
(Add all deposits from all sources and then divide by number of months).

6/12/08
DATE

_A Downs_
SIGNATURE OF AUTHORIZED OFFICER

Stephanie Downs
(Print name)

*Inmate arrived at WICC in 06/08.

rev. 10/10/2007

-3-

| | | | | | | | |
|---|---|---|---|---|---|---|---|
Date: 6/12/2008 | | | | | | | Page 1
Time: 12:28pm | | | | | | | |
d_list_inmate_trans_statement_composite | | | | | | | |

**Western Illinois Correctional Center**
**Trust Fund**
Inmate Transaction Statement

REPORT CRITERIA - Date: 01/01/2007 thru End;   Inmate: R12775;   Active Status Only ? : No;   Print Restrictions ? : Yes;   Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate: R12775 Matheny, Shawn**                     **Housing Unit: WIL-02-D -55**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | Beginning Balance: | | 0.00 |
| 06/06/08 | Payroll | 20 Payroll Adjustment | 158133 | | P/R month of 05/2008 | .68 | .68 |
| 06/12/08 | Mail Room | 01 MO/Checks (Not Held) | 164216 | 100005619 | Stotts, Gloria | 20.00 | 20.68 |

| | |
|---|---|
| Total Inmate Funds: | 20.68 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | .00 |
| Funds Available: | 20.68 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |

*We can only provide info while at Western.*