June 7th, 2008

Date of service on Back →

1C

TO: Judge Blanche M. Manning / Clerk of the Court notified.
08 C 2142

FILED
JUN 19 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

FILED
JUN 19 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Greetings, I have recieved Judge Blanche M. Manning's order for me to comply and correctly file a leave to file informa pauperis according to 1915(a)(2) or pay the the full filing fee of $350.00. The order was made on May 7th 2008 and due within 30 days. I am informing the Clerk and the Judge of my case Matheny v. O'leary case # 08-CV-2142 that I recieved this order on June 5th 2008 and am taking the nescassary steps to complete this Order. Although I have been transfered to the Illinois Deparment of Correction in which I did notify this Court and the U.S Clerk before this order was made of my transfer and Change of Address. So it is not my guilt that I did not recieve this order sooner. Seeing that I did recieve a stamped copy of my Amended Complaint from the U.S Clerks office at Stateville Correctional Center on May 12th, 2008. Therefore I should be granted an extension of time concerning the leave to file informa pauperis. Furthermore

on Back →

I have not been incarserated in any facility for six months. I have been incarserated since Febuary 28, 2008 inwhich I can only verify from 2-28-08 till now on my trust fund account and balances recieved. Before 2-28-08 I was homeless living in Joliet with no Job, funds or other finacial assistance other then $160.00 a month on the Illinois link card from the Joliet local DHS office. My social Security number is 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. If the Court needs verification the Judge can only take into consideration the amount of information available. Please pass this letter to Judge Blanche M. Manning along with all the information provided in this enclosed envolope.

Certificate of Service

I Shaun Matheny have sent this letter and a motion for leave to file in forma pauperis to: the U.S. Clerk at United States District Court 219 S. Dearborn St Chicago IL 60604 By Placing Same into the U.S mail this 10th day of June 2008. I Declare under penalty of Perjury that this is true and Correct. Shaun M

Respectfully Submitted
Shaun Matheny
#R12775
Western Illinois C.C
2500 rt. 99 South
Mt Sterling IL 62353
Shaun M