# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | BLANCHE M. MANNING | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2142 | **DATE** | August 8, 2008 |
| **CASE TITLE** | Shaun Matheny (R-12775) v. Michael F. O'Leary | | |

**DOCKET ENTRY TEXT:**

Plaintiff's motion for leave to proceed *in forma pauperis* [16] is denied as unnecessary because Plaintiff was granted *in forma pauperis* status in the Court's order of 7/25/08.

Docketing to mail notices.

| | Courtroom Deputy Initials: | CLH |
|---|---|---|