TO: Clerk of the U.S. Court. 8-12-08

08 cv 2142

1. I am notifying the U.S. Court that I am being released from my present place of incarceration on 8-28-08. I can be contacted after 8-28-08 at 510 N. Scott St Joliet IL 60432 and at telephone # 1-815-483-5429. Please take note of this notification of change of address by plaintiff.

FILED
AUG 19 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

2. Please file my motion of objection, to be heard by a District Judge of this Court. I do not want a magistrate judge to conduct this case under matheny v. O'Leary case No. 08CV 2142.

P.S. Please send a copy to the defendant if needed.

Respectfully
Plaintiff → Shaun Matheny
510 N. Scott ST
Joliet IL 60432
# 1-815-483-5429