UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

Shaun Matheny
  Plaintiff

v.

Michael F. O'Leary
  Defendant.

Case No. 08 CV 2142

FILED
Aug 19 2008
AUG 1 9 2008
MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## MOTION OF OBJECTION

I, Shaun Matheny, hereby file my motion of objection pursuant to local rule 72, and object to having a magistrate judge conduct any and all further proceedings concerning this case. In support:

1. I have the right for my case as a plaintiff, to be heard and judged by a District U.S. Judge, assigned judge and I do not wish to give up this right.

2. I do not give consent under title 28 U.S.C 636(c), To have the above captioned matter assigned for any further proceeding to a magistrate judge.

3. I have not filed a consent to the exercise of jurisdiction by a United States magistrate judge.

4. Therefor I respectfully request that this honorable Court grant my motion of objection and not assigned the above captioned matter to a magistrate judge. Please assign this case to the district judge before whom it was last pending.

Respectfully
Shaun Matheny
510 N. Scott St
Joliet IL 60432

## Certificate of Service

I Shaun Matheny, Certify that I have mailed 1 copies of ~~[scribbled out]~~ a motion of objection ~~[scribbled out]~~ to be filed with the Clerk of the United States District Court. In support: and notification of change of address By plaintiff. In support:

TO: OFFICE OF
CLERK OF THE U.S
DISTRICT COURTHOUSE
219 South Dearborn Street
Chicago IL 60604

From: Shaun Matheny
# R12775
Western Illinois CC
2500 rt 99 south
Mt Sterling IL 62353

I Declare under Penalty of Perjury That motion and letter was ~~[scribbled]~~ placed in the U.S. Mail this 12th Day of AUGUST 2008.

Shaun Matheny  _[signature]_