UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

SHAUN MATHENY
    PLAINTIFF

V.

MICHAEL F. O'LEARY
    DEFENDANT.

Case No - 08 CV 2142
ASSIGNED JUDGE - BLANCHE M. MANNING

P.L
HHN

**FILED**
AUG 2 6 2008
AUG 26 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## MOTION FOR DISCOVERY COLLECTION OF EVIDENCE

Now Comes the plaintiff, Shaun Matheny, according to Fed. R. Civ. P. rule 26 and files his motion for Discovery concerning a need to collect evidence from Defendant and his work place in Support:

1. Plaintiff has filed a Civil Complaint under 42 USC 1983 for violation of Constitutional rights against the defendant.

2. Plaintiff alledges that he was injured during the occurences that violated his Constitutional rights. Saying that he contracted M.R.S.A - Methicillin - Resistant - Staphyloccus - Aureus, which is a contagious, non-curable disease in which permanently damaged plaintiff's facial tissue.

3. The Will County adult detention facility refused to give plaintiff a record of his M.R.S.A - METHICILLIN - RESISTANT - STAPHYLOCCUS - AUREUS POSITIVE RESULT FROM SPECIMENS THAT WERE SENT TO LABORTORIES FROM HIS BLOOD AT THE TIMES AND DATES DESCRIBED WITHIN HIS COMPLAINT. THE DOCTOR AT THE WILL COUNTY ADULT DETENTION FACILITY AND THEIR RECORDS OFFICE WOULD NOT GIVE-ME-A COPY OF THE M.R.S.A TEST RESULTS ON PLAINIFF. DATED IN MAY 2007, OR AT ALL FOR THE RECORD.

4. PLAINIFF IS REQUESTING that this honorable United States District Court collect copies of plaintiff's medical records from the Will County adult Detention facility concerning the month of May 2007 and plaintiff's test results for M.R.S.A Methicillin-Resistant-Staphylococcus-Aureus. For this Courts records, and as evidence for both parties in this action, to be used if needed at Jury trial as well as any other future motion which maybe filed.

Therefor Plaintiff respectfully Requests that this honorable Court grant his motion for discovery concerning a need to collect evidence from the Will County dapt Detention facility concerning plaintiff's stated medical records.

I Declare under Penalty of Perdury that all stated within this motion is true and the medical records must exsist.

WILL COUNTY ADULT DETENTION FACILITY
MEDICAL RECORDS OFFICE
95 South Chicago Street
Joliet IL, 60432

Respectfully
Shaun Matheny
510 N. Scott St
Joliet IL 60432

Shaun Matheny
PLAINIFF

## CERTIFICATE OF SERVICE

I Shaun Matheny, Plaintiff hereby certify that I have mailed an original copy of a Motion for discovery Collection of evidence under Fed. R. Civ. P. rule 26. to be filed with the U.S Clerk of the U.S Court. In support

To: OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT HOUSE
219 South Dearborn Street
Chicago IL 60604

From: Shaun Matheny
#R12775
Western Illinois C.C
2500 rt. 99. South
mt Sterling IL 62353

to be placed in the U.S mail and delivered as stated with correct postage and documents on this 20th day of August 2008 A.D.

I Declare under Penalty of Perjury that all stated within this Certificate of Service is very true and Correct.

Shaun ~~~