TO: UNITED STATES CLERK OF THE US.COURT     August 29th, 2008

This is a letter notifing the court that I have been realsed fron idoc.

Any and all orders from the court or the defendant is to be sent to

510.n.scott st.joliet il.60432. Regarding Matheny v. O'leary case no.

08CV2142

Please note this change of address by plaintiff in file.

REPECTFULLY

SHAUN MATHENY

510 n.scott st. joliet il.60432

*[signature]*

FILED
SEP 3 2008
MB

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT